IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SOUTHERN ENVIRONMENTAL LAW CENTER, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 3:18CV00106 ) |
| v. | ) **DISMISSAL ORDER** ) ) By: Hon. Glen E. Conrad |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) Senior United States District Judge ) ) |
| Defendants. | ) ) |

The parties in this civil action have filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In accordance with the stipulation, it is hereby

**ORDERED**

that this action is **DISMISSED WITH PREJUDICE** and shall be **STRICKEN** from the court's active docket.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This 10th day of February, 2020.

_____
Senior United States District Judge